PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
**May 02, 2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DE KUN ZHENG, et al,<br><br>Defendants. | CASE NO. 2:22-CR-231-JAM<br><br>[PROPOSED] ORDER TO FILE SECOND REDACTED COPY OF INDICTMENT |

The government's motion to unseal the above-referenced case, keep the indictment and any reference to the remaining defendant sealed, and file a redacted copy of the sealed indictment is GRANTED.

IT IS SO ORDERED.

Dated:   May 2, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT