UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 23, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DE KUN ZHENG,

    Defendant.

Case No. 2:22-cr-00231-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DE KUN ZHENG , Case No. 2:22-cr-00231-JAM , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_

    **X** Unsecured Appearance Bond $ 60,000.00

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): The defendants release is delayed until 08/27/2024 at 9:00 AM to a representative of the Federal Defenders Office.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 23, 2024 at 2:50 PM.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE