HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Zheng

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22cr231-JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | Judge: Hon. Allison Claire |
| DE KUN ZHENG, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant De Kun Zheng, that the amended special conditions of bond be modified.

The parties specifically stipulate as follows:

1. On August 23, 2024, the Court ordered that Mr. Zheng be released on conditions that include Mr. Zheng 1) being released from custody today; 2) surrendering his Chinese passport to pretrial services here in Sacramento, CA; 3) residing in New York, New York with his parents; and 4) reporting to pretrial services in New York the following business day after arriving to New York from Sacramento.

2. Mr. Zheng's girlfriend, Cui Yang, purchased a flight for Mr. Zheng that is

scheduled to depart from Sacramento today at 11:59 p.m. and arrive in New York, New York on August 28, 2024 at 11:46 a.m. She will accompany Mr. Zheng on the flight.

3. Today, Mr. Zheng was released from the Sacramento County Jail without any form of identification. The location of his Oklahoma identification is unknown. However, Mr. Zheng's girlfriend has his Chinese passport.

4. Mr. Zheng moves for the Court to allow him to use his Chinese passport to board his flight from Sacramento to New York. He also moves for the Court to order that he proceed immediately upon arrival to New York to the pretrial services office located at 500 Pearl Street, Room 550, New York, NY 10007 to check in and surrender his Chinese passport.

5. The government and pretrial services do not object to Mr. Zheng's motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 27, 2024

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Zheng

Date: August 27, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 27, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE