HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Zheng

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DE KUN ZHENG,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2:22cr231-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE**<br><br>Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney Roger Yang, counsel for Plaintiff,

and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

Baigmohammadi, counsel for Defendant De Kun Zheng, that the special conditions of release at

ECF no. 71 be modified.

Condition #15 shall be modified to read:

You must participate in the following location monitoring program component and abide by all
the requirements of the program, which will include **a location monitoring technology as
directed by the pretrial services officer.** You must comply with all instructions for the use and
operation of the location monitoring technology as given to you by the Pretrial Services Agency
and employees of the monitoring company. You must pay all or part of the costs of the program
based upon your ability to pay, as determined by the pretrial services officer;

//

-1-                    *United States v. Zheng,*
2:22cr231-JAM

Condition # 16 shall be modified to read:

**CURFEW:** You must remain inside your residence every day from 10:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

The following special condition shall be added.

You are approved to have your United States Passport released to you on two occasions as approved by Pretrial Services, for four hours on each occasion, so that you may open a bank account and obtain a New York driver's license or identification card. You must coordinate the dates and times of the appointments in advance with Pretrial Services in the Southern District of New York. You must make appointments with a bank and the Department of Motor Vehicles in advance of your appointments and provide verification of the appointments to Pretrial Services in the Southern District of New York prior to the appointments. Upon completion of the two appointments, the passport will be returned to Pretrial Services so it may be surrendered to the Clerk's Office in the Eastern District of California.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 27, 2024      */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Zheng


Date: November 27, 2024      PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and [Proposed] Order to Modify
Conditions of Release                      -2-                      *United States v. Zheng,*
2:22cr231-JAM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**O R D E R**</u>

   The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  November 27, 2024        _____

                  JEREMY D. PETERSON
                  UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order to Modify
Conditions of Release     -3-     *United States v. Zheng,*
2:22cr231-JAM