MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for YONG KUAI ZHENG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-231 DAD |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO CONTINUE THE STATUS |
| | ) CONFERENCE FOR ALL DEFENDANTS |
| DE KUN ZHENG, | ) |
| YU ZHENG, | ) Requested date: 2-2-2026 |
| DE MING ZHENG and | ) Time: 9:30 a.m. |
| YONG KUAI ZHENG, | ) Judge: Hon. Dale A. Drozd |
| Defendants. | ) |
| ===============================) | |

On December 12, 2025, this case was re-assigned from Judge John A. Mendez to Judge Dale A. Drozd.

It is hereby stipulated between the parties, Roger Yang, Assistant United States Attorneys, A.F.D. Hootan Baigmohammadi, attorney for defendant DE KUN ZHENG, Michael Long, attorney for defendant YONG KUAI ZHENG, Chris Cosca, attorney for DE MING ZHENG and Allison Margolin, attorney for defendant YU ZHENG, that the vacated status conference which was set for January 6, 2026, at 9:00 a.m., before Judge Mendez, should be re-set for February 2, 2026, at 9:30 a.m., before Judge Drozd, under the Local Code T-4 (to allow defense counsel time to prepare).

The parties agree and stipulate, and request the Court find the following:

a. De Ming Zheng was arraigned on March 21, 2025, and his counsel, Chris Cosca, received the voluminous discovery, which is described below, shortly thereafter.

-1-

b. In August of 2025, Allison Margolin, attorney for defendant YU ZHENG became seriously ill and she was replaced by attorney Mark Reichel. Mr. Reichel has received the voluminous discovery and has begun his review of it.

c. A continuance is requested to continue to allow the Defense to continue to review the voluminous discovery (over one TB – more than 50,000 pages), conduct investigation, confer with clients and discuss with the government a potential resolution. The discovery is accompanied by a protective order which prevents defense counsel from giving the discovery to the clients. Reviewing discovery with the clients is a slow process because the clients require most communications to be translated or interpreted into the Chinese language. All Counsel require additional time to prepare.

d. Counsel for the Defendants believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The Government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of today's date, to February 2, 2026, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that

the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    h. Time has previously been excluded through the now-vacated status hearing date of January 6, 2026.

    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: December 9, 2025            Respectfully submitted,

                                             /s/ *Michael D. Long* _____
                                             MICHAEL D. LONG
                                             Attorney for YONG KUAI ZHENG

                                             /s/ *Hootan Baigmohammadi* _____
                                             HOOTAN BAIGMOHAMMADI
                                             Attorney for DE KUN ZHENG

                                             /s/ *Mark Reichel* _____
                                             MARK REICHEL
                                             Attorney for YU ZHENG

                                             /s/ *Chris Cosca* _____
                                             CHRIS COSCA
                                             Attorney for DE MING ZHENG

Dated: December 9, 2025            ERIC GRANT
                                             United States Attorney

                                             /s/ *Roger Yang* _____
                                             ROGER YANG
                                             Assistant U.S. Attorney

///

///

///

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference hearing in this case is hereby re-set for February 2, 2026, at 9:30 a.m., before District Court Judge Dale A. Drozd. Time is excluded through the new hearing date of February 2, 2026 under Local Code T4 in order to provide defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: __December 9, 2025__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE